## KIMBALL v. SEMPLE.

### No. 1558; March 14, 1870.

**Appeal.—When the Appellate Court is Equally Divided in Opinion** the judgment appealed from will be affirmed.

See Kimball v. Semple, 31 Cal. 658.

By the COURT.—Justice Temple having been of counsel in this cause, and therefore disqualified from participating in the decision, and the other judges being equally divided in opinion whether the order of the district court should be affirmed or reversed, it is therefore ordered, in accordance with the practice of the court in such cases, that the order of the district court be affirmed.

Crockett, J.
Wallace, J.
Rhodes, C. J.
Sprague, J.